February 25, 2026

Via ECF

Hon. Jose R. Almonte
United States Magistrate Judge
Frank R. Lautenberg U.S. Post Office and Courthouse Building
2 Federal Square
Newark, NJ 07102

      RE:    *Katz v. Tata Consultancy Services, Ltd*., No. 22-cv-07069-BRM-JRA
                Joint Letter Summarizing Status of the Case

Dear Judge Almonte:

In accordance with the Court's December 5, 2025 Text Order (Dkt. 120), and in advance of the March 4, 2026 telephonic status conference, Plaintiffs Shawn Katz, David Kirkpatrick, Camuel Buzan, and Victoria Xavier-Freyr ("Plaintiffs") and Defendant Tata Consultancy Services Limited ("TCS") submit the following joint letter summarizing the status of the case.

The parties' prior joint submissions set forth the procedural history of this case and the parties respectfully direct the Court to those filings. *See* Dkt. 39; Dkt. 56; Dkt. 75; Dkt. 84; Dkt. 107; Dkt. 111; Dkt. 118.

Since the parties' last update, provided to the Court on November 26, 2025 (Dkt. 118), TCS has continued to produce custodial ESI on a rolling basis, and Plaintiffs are reviewing that ESI. Thus far, TCS has made three ESI productions to Plaintiffs, on November 19, November 24, and December 4, 2025, totaling approximately 109,600 documents. TCS is continuing the process of reviewing custodial ESI that hits on the parties' agreed upon search terms and will continue producing documents on a rolling basis. TCS anticipates that it will complete its review of custodial ESI, as well as its production of further agreed-upon discovery, within the next eight weeks. TCS has agreed to produce privilege and redaction logs after it has finished its review of the custodial ESI.

On June 13, 2025, TCS filed its Motion to Dismiss the Third Amended Complaint, Dkt. 106, which Plaintiffs opposed. Dkt. 109. The Court granted TCS's motion, and dismissed Plaintiffs' Title VI disparate impact claims without prejudice on January 7, 2026. Dkts. 121, 122.

On November 6, 2025, the parties filed a Joint Letter requesting an approximately nine-month extension to the case schedule to allow the parties to complete discovery. Dkt. 113. On December 5, 2025, following the most recent status conference, the Court granted the parties' request, in part. Dkt. 120. The Court entered a Fourth Amended Scheduling Order, extending the close of fact discovery through April 3, 2026 and requiring discovery disputes (other than those arising during depositions) to be brought to the Court's attention no later than March 3, 2026 (along with setting other deadlines). Dkt. 119.

While the parties have been working diligently to complete custodial ESI discovery, at this juncture, the parties believe that additional time is required to complete discovery and therefore request that an extension to the case schedule be discussed at the upcoming status conference and propose a six-month extension to the current fact discovery cut-off. The parties believe there is good cause for a six-month extension because this time will be needed for TCS to complete its production of custodial ESI, for Plaintiffs to review that ESI, for the parties to schedule and take numerous anticipated depositions, and for Plaintiffs to review TCS's privilege and redaction logs and to raise any challenges to those logs where appropriate.

We thank Your Honor for his attention to this matter, and look forward to speaking with Your Honor next week.


DATED: February 25, 2026

Respectfully submitted,

By: /s/ Jonathan Rudnick
Jonathan Rudnick, Esq.
The Law Office of Jonathan
Rudnick LLC
788 Shrewsbury Avenue, Suite 204
Tinton Falls, NJ 07724
(732) 842-2070
(732) 879-0213 (Fax)
jonr@ronrudlaw.com

Daniel Kotchen (*pro hac vice*)
Lindsey Grunert (*pro hac vice*)
KOTCHEN & LOW LLP
1918 New Hampshire Ave. NW
Washington, DC 20009
Telephone: (202) 471-1995
dkotchen@kotchen.com
lgrunert@kotchen.com

*Attorneys for Plaintiffs and Putative Class*


By: /s/ Mark J. Goldberg
Mark J. Goldberg
Michelle M. La Mar (*pro hac vice*)
Terry D. Garnett (*pro hac vice*)
Brad Raboin (*pro hac vice*)
Henry Tran (*pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154

Telephone: 212.407.4000
Facsimile: 212.407.4990
Email: mgoldberg@loeb.com
Email: mlamar@loeb.com
Email: tgarnett@loeb.com
Email: braboin@loeb.com
Email: htran@loeb.com

*Attorneys for Defendant Tata Consultancy Services Limited*

CC: All Counsel of Record via CM/ECF